# EXHIBIT 1

*Deutsch v. Novartis Pharm. Corp.* , **2:09-cv-4677-ADS-WDW**

| Bates Number | Date | Records Custodian | Item | Cost/Damage | Treater |
|---|---|---|---|---|---|
| 0543-0051 | 10/18/1999 | Kappel | Aredia | $735.00 | Kappel |
| 0543-0052 | 11/15/1999 | Kappel | Aredia | $735.00 | Kappel |
| 0543-0053 | 12/15/1999 | Kappel | Aredia | $735.00 | Kappel |
| 0543-0054 | 1/21/2000 | Kappel | Aredia | $735.00 | Kappel |
| 0543-0055 | 2/18/2000 | Kappel | Aredia | $735.00 | Kappel |
| 0543-0056 | 3/20/2000 | Kappel | Aredia | $735.00 | Kappel |
| 0543-0057 | 4/24/2000 | Kappel | Aredia | $801.00 | Kappel |
| 0543-0058 | 5/31/2000 | Kappel | Aredia | $801.00 | Kappel |
| 0543-0059 | 7/5/2000 | Kappel | Aredia | $801.00 | Kappel |
| 0543-0059 | 8/9/2000 | Kappel | Aredia | $801.00 | Kappel |
| 0543-0060 | 9/13/2000 | Kappel | Aredia | $801.00 | Kappel |
| 0543-0062 | 10/18/2000 | Kappel | Aredia | $801.00 | Kappel |
| 0543-0063 | 11/20/2000 | Kappel | Aredia | $801.00 | Kappel |
| 0543-0064 | 12/18/2000 | Kappel | Aredia | $801.00 | Kappel |
| 0543-0066 | 1/15/2001 | Kappel | Aredia | $801.00 | Kappel |
| 0543-0069 | 2/12/2001 | Kappel | Aredia | $801.00 | Kappel |
| 0543-0073 | 3/12/2001 | Kappel | Aredia | $801.00 | Kappel |
| 0543-0080 | 4/18/2001 | Kappel | Aredia | $801.00 | Kappel |
| 0543-0086 | 5/23/2001 | Kappel | Aredia | $801.00 | Kappel |
| 0543-0090 | 6/20/2001 | Kappel | Aredia | $801.00 | Kappel |
| 0543-0095 | 7/18/2001 | Kappel | Aredia | $840.00 | Kappel |
| 0543-0098 | 8/22/2001 | Kappel | Aredia | $840.00 | Kappel |
| 0543-0103 | 9/26/2001 | Kappel | Aredia | $840.00 | Kappel |
| 0543-0110 | 10/31/2001 | Kappel | Aredia | $840.00 | Kappel |
| 0543-0112 | 11/28/2001 | Kappel | Aredia | $840.00 | Kappel |
| 0543-0115 | 12/26/2001 | Kappel | Aredia | $840.00 | Kappel |
| 0543-0121 | 1/23/2002 | Kappel | Aredia | $840.00 | Kappel |
| 0543-0125 | 2/20/2002 | Kappel | Aredia | $840.00 | Kappel |
| 0543-0126 | 3/18/2002 | Kappel | Aredia | $840.00 | Kappel |
| 0543-0127 | 4/15/2002 | Kappel | Aredia | $840.00 | Kappel |
| 0543-0128 | 5/13/2002 | Kappel | Aredia | $840.00 | Kappel |
| 0543-0129 | 6/10/2002 | Kappel | Aredia | $840.00 | Kappel |
| 0543-0130 | 7/8/2002 | Kappel | Aredia | $840.00 | Kappel |
| 0543-0131 | 8/5/2002 | Kappel | Zometa | $857.00 | Kappel |

*Deutsch v. Novartis Pharm. Corp.* , 2:09-cv-4677-ADS-WDW

| Bates Number | Date | Records Custodian | Item | Cost/Damage | Treater |
|---|---|---|---|---|---|
| 0543-0132 | 9/4/2002 | Kappel | Zometa | $857.00 | Kappel |
| 0543-0134 | 10/9/2002 | Kappel | Zometa | $916.00 | Kappel |
| 0543-0135 | 11/6/2002 | Kappel | Zometa | $916.00 | Kappel |
| 0543-0135 | 12/4/2002 | Kappel | Zometa | $916.00 | Kappel |
| 0543-0139 | 1/3/2003 | Kappel | Zometa | $916.00 | Kappel |
| 0543-0141 | 2/3/2003 | Kappel | Zometa | $916.00 | Kappel |
| 0543-0144 | 3/3/2003 | Kappel | Zometa | $916.00 | Kappel |
| 0543-0147 | 3/31/2003 | Kappel | Zometa | $916.00 | Kappel |
| 0543-0151 | 4/28/2003 | Kappel | Zometa | $916.00 | Kappel |
| 0543-0154 | 6/2/2003 | Kappel | Zometa | $916.00 | Kappel |
| 0543-0159 | 7/7/2003 | Kappel | Zometa | $916.00 | Kappel |
| 0543-0161 | 8/4/2003 | Kappel | Zometa | $960.00 | Kappel |
| 0543-0162 | 9/2/2003 | Kappel | Zometa | $960.00 | Kappel |
| 0547-0003 | 9/22/2003 | Plainview Family Pharmacy | Penicillin VK | $7.00 | Dolin |
| 0544-0061 | 9/22/2003 | Plainview O&M Assoc. | Surgical Extraction Tooth # 31 | $225.00 | Dolin |
| 0544-0061 | 9/22/2003 | Plainview O&M Assoc. | Panoramic X-Ray | $75.00 | Dolin |
| 0544-0061 | 9/22/2003 | Plainview O&M Assoc. | Specialist Exam | $65.00 | Dolin |
| 0543-0163 | 9/29/2003 | Kappel | Zometa | $960.00 | Kappel |
| 0543-0164 | 10/27/2003 | Kappel | Zometa | $960.00 | Kappel |
| 0543-0165 | 11/24/2003 | Kappel | Zometa | $960.00 | Kappel |
| 0543-0165 | 12/12/2003 | Kappel | Zometa | $960.00 | Kappel |
| 0544-0062 | 12/22/2003 | Plainview O&M Assoc. | Incis sf tiss, sprf | $175.00 | Dolin |
| 0547-0003 | 12/30/2003 | Plainview Family Pharmacy | Hydrocodone/APAP | $3.73 | Bass |
| 0547-0003 | 12/30/2003 | Plainview Family Pharmacy | Dexamethasone | $3.43 | Bass |
| 0544-0063 | 12/30/2003 | Plainview O&M Assoc. | Apico Molar 1st Root Tooth # 30 | $650.00 | Berg |
| 0544-0063 | 12/30/2003 | Plainview O&M Assoc. | Apico Bicus 1st Root Tooth # 20 | $600.00 | Berg |
| 0544-0063 | 12/30/2003 | Plainview O&M Assoc. | Each Add'l Root Tooth # 30 | $150.00 | Berg |
| 0544-0063 | 12/30/2003 | Plainview O&M Assoc. | Specialist Exam | $45.00 | Berg |
| 0544-0063 | 12/30/2003 | Plainview O&M Assoc. | Int Periap - 1st Film | $20.00 | Berg |
| 0544-0063 | 12/30/2003 | Plainview O&M Assoc. | Int Periap - Add'l Film | $15.00 | Berg |
| 0018-0012 | 1/7/2004 | CVS | Cephalexin 500mg Capsule | $9.69 | Berg |
| 0018-0012 | 1/7/2004 | CVS | Hydrocodone/APAP 5/500 Tab | $7.00 | Berg |
| 0018-0012 | 1/7/2004 | CVS | Celexa 40mg Tablet | $70.89 | Berg |
| 0018-0012 | 1/10/2004 | CVS | Hydrocodone/APAP 5/500 Tab | $7.00 | Berg |

*Deutsch v. Novartis Pharm. Corp.* , 2:09-cv-4677-ADS-WDW

| Bates Number | Date | Records Custodian | Item | Cost/Damage | Treater |
|---|---|---|---|---|---|
| 0018-0012 | 1/11/2004 | CVS | Cephalexin 500mg Capsule | $9.69 | Berg |
| 2344-0163 | 1/13/2004 | Oxford/United Healthcare | Initial Consult | $125.00 | Ruggiero |
| 0018-0012 | 1/14/2004 | CVS | Chlorhexidine 0.12% Rinse | $7.40 | Ruggiero |
| 2344-0163 | 2/2/2004 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ruggiero |
| 0018-0012 | 3/21/2004 | CVS | Celexa 40mg Tablet | $73.66 | Berg |
| 0018-0013 | 3/30/2004 | CVS | Penicillin VK 250mg Tablet | $27.21 | Ruggiero |
| 2344-0162 | 3/30/2004 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ruggiero |
| 0544-0064 | 4/9/2004 | Plainview O&M Assoc. | CPT/HCPCS 99242 | $125.00 | Berg |
| 0018-0012 | 4/12/2004 | CVS | Hydrocodone/APAP 5/500 Tab | $9.99 | Berg |
| 0018-0012 | 4/17/2004 | CVS | Chlorhexidine 0.12% Rinse | $10.00 | Ruggiero |
| 0544-0065 | 4/26/2004 | Plainview O&M Assoc. | CPT/HCPCS 21025 | $750.00 | Berg |
| 0544-0065 | 4/26/2004 | Plainview O&M Assoc. | CPT/HCPCS 99203 | $100.00 | Berg |
| 0018-0012 | 5/2/2004 | CVS | Hydrocodone/APAP 5/500 Tab | $9.99 | Berg |
| 0018-0012 | 5/23/2004 | CVS | Celexa 40mg Tablet | $73.66 | Berg |
| 0018-0013 | 5/23/2004 | CVS | Penicillin VK 250mg Tablet | $27.21 | Ruggiero |
| 0018-0013 | 5/25/2004 | CVS | Hydrocodone/APAP 5/500 Tab | $10.00 | Berg |
| 0544-0066 | 5/28/2004 | Plainview O&M Assoc. | CPT/HCPCS 21025 | $375.00 | Bass |
| 0544-0067 | 6/2/2004 | Plainview O&M Assoc. | CPT/HCPCS 90782 | $45.00 | Berg |
| 0544-0068 | 6/11/2004 | Plainview O&M Assoc. | CPT/HCPCS 90782 | $65.00 | Berg |
| 0544-0069 | 6/12/2004 | Plainview O&M Assoc. | Surgical Extraction Tooth # 29 | $250.00 | Berg |
| 0544-0070 | 6/12/2004 | Plainview O&M Assoc. | CPT/HCPCS 90782 | $65.00 | Berg |
| 0544-0071 | 8/6/2004 | Plainview O&M Assoc. | I&D Intraoral-sft tis | $150.00 | Berg |
| 0544-0071 | 8/6/2004 | Plainview O&M Assoc. | Specialist Exam | $65.00 | Berg |
| 0018-0013 | 8/6/2004 | CVS | Oxycontin 10mg Tablet SA | $34.20 | Berg |
| 0544-0073 | 8/11/2004 | Plainview O&M Assoc. | CPT/HCPCS 70355 | $75.00 | Berg |
| 0544-0073 | 8/11/2004 | Plainview O&M Assoc. | CPT/HCPCS 99202 | $45.00 | Berg |
| 0544-0073 | 8/11/2004 | Plainview O&M Assoc. | CPT/HCPCS 90782 | $45.00 | Berg |
| 0018-0012 | 8/19/2004 | CVS | Chlorhexidine 0.12% Rinse | $10.00 | Ruggiero |
| 0547-0003 | 9/22/2004 | Plainview Family Pharmacy | Morphine Sulfate IR | $14.66 | Kechejian |
| 0544-0073 | 9/29/2004 | Plainview O&M Assoc. | CPT/HCPCS 99213 | $80.00 | Berg |
| 0018-0013 | 10/5/2004 | CVS | Morphine Sulfate IR 30mg TB | $18.18 | Kechejian |
| 0544-0074 | 10/7/2004 | Plainview O&M Assoc. | Gen Anes First 30 min | $275.00 | Bass |
| 0544-0074 | 10/7/2004 | Plainview O&M Assoc. | Surgical Extraction Tooth # 2 | $250.00 | Bass |
| 0544-0075 | 10/26/2004 | Plainview O&M Assoc. | CPT/HCPCS 99213 | $80.00 | Berg |

*Deutsch v. Novartis Pharm. Corp.* , 2:09-cv-4677-ADS-WDW

| Bates Number | Date | Records Custodian | Item | Cost/Damage | Treater |
|---|---|---|---|---|---|
| 0018-0013 | 10/27/2004 | CVS | Morphine Sulf 100mg Tab SA | $361.93 | Kechejian |
| 0018-0013 | 10/27/2004 | CVS | Morphine Sulfate IR 30mg TB | $22.50 | Kechejian |
| 2344-0151 | 11/8/2004 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ruggiero |
| 2344-0151 | 11/8/2004 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ruggiero |
| 0018-0012 | 11/12/2004 | CVS | Chlorhexidine 0.12% Rinse | $10.00 | Ruggiero |
| 0018-0013 | 11/24/2004 | CVS | Morphine Sulf 100mg Tab SA | $452.04 | Kechejian |
| 0018-0013 | 12/8/2004 | CVS | Morphine Sulfate IR 30mg TB | $27.75 | Kechejian |
| 0018-0014 | 12/20/2004 | CVS | Morphine Sulf 100mg Tab SA | $361.93 | Kechejian |
| 0544-0077 | 12/31/2004 | Plainview O&M Assoc. | Incis sf tiss, sprf | $175.00 | Berg |
| 0544-0077 | 12/31/2004 | Plainview O&M Assoc. | Office Visit | $80.00 | Berg |
| 0544-0077 | 12/31/2004 | Plainview O&M Assoc. | Panoramic X-Ray | $75.00 | Berg |
| 0018-0012 | 1/1/2005 | CVS | Chlorhexidine 0.12% Rinse | $10.00 | Ruggiero |
| 0018-0014 | 1/3/2005 | CVS | Morphine Sulfate IR 30mg TB | $23.00 | Kechejian |
| 2344-0144 | 1/4/2005 | Oxford/United Healthcare | Follow-Up Visit | $500.00 | Ruggiero |
| 0018-0012 | 1/13/2005 | CVS | Chlorhexidine 0.12% Rinse | $10.00 | Ruggiero |
| 0018-0004 | 1/19/2005 | CVS | Hydromorphone 2mg Tablet | $16.25 | Kechejian |
| 0018-0004 | 1/19/2005 | CVS | Methadone HCL 5mg Tablet | $10.00 | Kechejian |
| 0018-0004 | 2/16/2005 | CVS | Methadose 10mg Tablet | $15.79 | Kechejian |
| 0018-0004 | 2/16/2005 | CVS | Hydromorphone 4mg Tablet | $28.17 | Kechejian |
| 2344-0142 | 2/16/2005 | Oxford/United Healthcare | Initial Consult | $350.00 | Ingwer |
| 2344-0142 | 2/16/2005 | Oxford/United Healthcare | Initial Consult | $5.00 | Ingwer |
| 2344-0142 | 2/16/2005 | Oxford/United Healthcare | Initial Consult | $9.00 | Ingwer |
| 2344-0141 | 2/23/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ruggiero |
| 2344-0140 | 3/7/2005 | Oxford/United Healthcare | Follow-Up Visit | $250.00 | Ruggiero |
| 0018-0004 | 3/16/2005 | CVS | Chlorhexidine 0.12% Rinse | $17.41 | Ruggiero |
| 0018-0004 | 3/16/2005 | CVS | Oxycontin 40mg Tablet SA | $839.29 | Kechejian |
| 0018-0004 | 3/18/2005 | CVS | Hydromorphone 4mg Tablet | $34.71 | Kechejian |
| 2344-0139 | 3/21/2005 | Oxford/United Healthcare | Follow-Up Visit | $5.00 | Ingwer |
| 2344-0139 | 3/21/2005 | Oxford/United Healthcare | Follow-Up Visit | $9.00 | Ingwer |
| 2344-0139 | 3/21/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ingwer |
| 0018-0004 | 4/13/2005 | CVS | Oxycontin 40mg Tablet SA | $420.64 | Kechejian |
| 2344-0138 | 4/18/2005 | Oxford/United Healthcare | Follow-Up Visit | $125.00 | Ruggiero |
| 2344-0138 | 4/18/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ruggiero |
| 2344-0138 | 4/21/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ingwer |

*Deutsch v. Novartis Pharm. Corp.* , 2:09-cv-4677-ADS-WDW

| Bates Number | Date | Records Custodian | Item | Cost/Damage | Treater |
|---|---|---|---|---|---|
| 2344-0137 | 4/28/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ingwer |
| 2344-0137 | 4/28/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0137 | 4/28/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0137 | 4/29/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0137 | 4/29/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0137 | 4/30/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0137 | 4/30/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0137 | 5/1/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0137 | 5/1/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0137 | 5/2/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0137 | 5/2/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0137 | 5/3/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0137 | 5/3/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0136 | 5/4/2005 | Oxford/United Healthcare | IV Antibiotics | $25.00 | Home Care |
| 2344-0137 | 5/4/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0137 | 5/4/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0137 | 5/5/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0137 | 5/5/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0137 | 5/6/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0137 | 5/6/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0136 | 5/7/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0136 | 5/7/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0136 | 5/8/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0136 | 5/8/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0136 | 5/9/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ingwer |
| 2344-0136 | 5/9/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0136 | 5/9/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0136 | 5/10/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0136 | 5/10/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 0547-0003 | 5/11/2005 | Plainview Family Pharmacy | Oxycontin | $420.14 | Kechejian |
| 0018-0004 | 5/11/2005 | CVS | Hydromorphone 4mg Tablet | $21.63 | Kechejian |
| 2344-0135 | 5/11/2005 | Oxford/United Healthcare | IV Antibiotics | $25.00 | Home Care |
| 2344-0136 | 5/11/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0136 | 5/11/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |

**Deutsch v. Novartis Pharm. Corp.**, 2:09-cv-4677-ADS-WDW

| Bates Number | Date | Records Custodian | Item | Cost/Damage | Treater |
|---|---|---|---|---|---|
| 2344-0136 | 5/12/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0136 | 5/12/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0136 | 5/13/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0136 | 5/13/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0136 | 5/14/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0136 | 5/14/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0136 | 5/15/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0136 | 5/15/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0136 | 5/16/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0136 | 5/16/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0136 | 5/17/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0136 | 5/17/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0136 | 5/18/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0136 | 5/18/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0136 | 5/19/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0136 | 5/19/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0135 | 5/20/2005 | Oxford/United Healthcare | Follow-Up Visit | $250.00 | Ingwer |
| 2344-0135 | 5/20/2005 | Oxford/United Healthcare | IV Antibiotics | $102.00 | Home Care |
| 2344-0135 | 5/20/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0136 | 5/20/2005 | Oxford/United Healthcare | IV Antibiotics | $70.57 | Home Care |
| 2344-0136 | 5/20/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0135 | 5/21/2005 | Oxford/United Healthcare | IV Antibiotics | $102.00 | Home Care |
| 2344-0135 | 5/21/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0135 | 5/22/2005 | Oxford/United Healthcare | IV Antibiotics | $102.00 | Home Care |
| 2344-0135 | 5/22/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0135 | 5/23/2005 | Oxford/United Healthcare | IV Antibiotics | $102.00 | Home Care |
| 2344-0135 | 5/23/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0135 | 5/24/2005 | Oxford/United Healthcare | IV Antibiotics | $102.00 | Home Care |
| 2344-0135 | 5/24/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0135 | 5/25/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ingwer |
| 2344-0135 | 5/25/2005 | Oxford/United Healthcare | IV Antibiotics | $25.00 | Home Care |
| 2344-0135 | 5/25/2005 | Oxford/United Healthcare | IV Antibiotics | $102.00 | Home Care |
| 2344-0135 | 5/25/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0135 | 5/26/2005 | Oxford/United Healthcare | Follow-Up Visit | $85.00 | Ingwer |

**Deutsch v. Novartis Pharm. Corp.** , 2:09-cv-4677-ADS-WDW

| Bates Number | Date | Records Custodian | Item | Cost/Damage | Treater |
|---|---|---|---|---|---|
| 2344-0135 | 5/26/2005 | Oxford/United Healthcare | IV Antibiotics | $102.00 | Home Care |
| 2344-0135 | 5/26/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0134 | 5/27/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0134 | 5/27/2005 | Oxford/United Healthcare | IV Antibiotics | $25.53 | Home Care |
| 2344-0134 | 5/28/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0134 | 5/28/2005 | Oxford/United Healthcare | IV Antibiotics | $25.53 | Home Care |
| 2344-0134 | 5/29/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0134 | 5/29/2005 | Oxford/United Healthcare | IV Antibiotics | $25.53 | Home Care |
| 2344-0134 | 5/30/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0134 | 5/30/2005 | Oxford/United Healthcare | IV Antibiotics | $25.53 | Home Care |
| 2344-0134 | 5/31/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0134 | 5/31/2005 | Oxford/United Healthcare | IV Antibiotics | $25.53 | Home Care |
| 2344-0134 | 6/1/2005 | Oxford/United Healthcare | IV Antibiotics | $25.00 | Home Care |
| 2344-0134 | 6/1/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0134 | 6/1/2005 | Oxford/United Healthcare | IV Antibiotics | $25.53 | Home Care |
| 2344-0134 | 6/2/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ingwer |
| 2344-0134 | 6/2/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0134 | 6/2/2005 | Oxford/United Healthcare | IV Antibiotics | $25.53 | Home Care |
| 2344-0134 | 6/3/2005 | Oxford/United Healthcare | IV Antibiotics | $110.00 | Home Care |
| 2344-0134 | 6/3/2005 | Oxford/United Healthcare | IV Antibiotics | $25.53 | Home Care |
| 0018-0004 | 6/8/2005 | CVS | Oxycontin 20mg Tablet SA | $237.94 | Kechejian |
| 2344-0133 | 6/20/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ingwer |
| 2344-0133 | 6/22/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ruggiero |
| 2344-0133 | 6/22/2005 | Oxford/United Healthcare | Follow-Up Visit | $150.00 | Ruggiero |
| 2344-0133 | 6/27/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ingwer |
| 2344-0132 | 6/27/2005 | Oxford/United Healthcare | IV Antibiotics | $36.00 | Home Care |
| 2344-0133 | 6/27/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0133 | 6/28/2005 | Oxford/United Healthcare | IV Antibiotics | $36.00 | Home Care |
| 2344-0133 | 6/28/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0133 | 6/29/2005 | Oxford/United Healthcare | IV Antibiotics | $36.00 | Home Care |
| 2344-0133 | 6/29/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0132 | 6/30/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ingwer |
| 2344-0132 | 6/30/2005 | Oxford/United Healthcare | IV Antibiotics | $25.00 | Home Care |
| 2344-0133 | 6/30/2005 | Oxford/United Healthcare | IV Antibiotics | $36.00 | Home Care |

**Deutsch v. Novartis Pharm. Corp.**, 2:09-cv-4677-ADS-WDW

| Bates Number | Date | Records Custodian | Item | Cost/Damage | Treater |
|---|---|---|---|---|---|
| 2344-0133 | 6/30/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0133 | 7/1/2005 | Oxford/United Healthcare | IV Antibiotics | $36.00 | Home Care |
| 2344-0133 | 7/1/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0133 | 7/2/2005 | Oxford/United Healthcare | IV Antibiotics | $36.00 | Home Care |
| 2344-0133 | 7/2/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0133 | 7/3/2005 | Oxford/United Healthcare | IV Antibiotics | $36.00 | Home Care |
| 2344-0133 | 7/3/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0133 | 7/4/2005 | Oxford/United Healthcare | IV Antibiotics | $36.00 | Home Care |
| 2344-0133 | 7/4/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0132 | 7/5/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ingwer |
| 2344-0133 | 7/5/2005 | Oxford/United Healthcare | IV Antibiotics | $36.00 | Home Care |
| 2344-0133 | 7/5/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0133 | 7/6/2005 | Oxford/United Healthcare | IV Antibiotics | $36.00 | Home Care |
| 2344-0133 | 7/6/2005 | Oxford/United Healthcare | IV Antibiotics | $84.00 | Home Care |
| 2344-0132 | 7/13/2005 | Oxford/United Healthcare | Initial Consult | $295.00 | Dubner |
| 0547-0003 | 8/3/2005 | Plainview Family Pharmacy | Oxycodone | $253.54 | Kechejian |
| 2344-0129 | 8/17/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ingwer |
| 2344-0129 | 8/17/2005 | Oxford/United Healthcare | Follow-Up Visit | $75.00 | Dubner |
| 0018-0004 | 8/27/2005 | CVS | Chlorhexidine 0.12% Rinse | $12.27 | Ruggiero |
| 0018-0005 | 8/31/2005 | CVS | Oxycodone HCL ER 20mg Tablet | $254.04 | Kechejian |
| 2344-0128 | 9/7/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ingwer |
| 2344-0127 | 9/13/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ruggiero |
| 2344-0127 | 9/13/2005 | Oxford/United Healthcare | Follow-Up Visit | $150.00 | Ruggiero |
| 0439-0006 | 9/16/2005 | Nassau Radiology | CT - Maxillofacial w/o Contrast | $525.00 | Ruggiero |
| 0439-0006 | 9/16/2005 | Nassau Radiology | CT - Cornl, Sag, 3D-Recon | $280.00 | Ruggiero |
| 2344-0127 | 9/23/2005 | Oxford/United Healthcare | Pre-op Testing | $84.00 | LIJMC |
| 2344-0127 | 9/23/2005 | Oxford/United Healthcare | Pre-op Testing | $105.00 | LIJMC |
| 2344-0127 | 9/23/2005 | Oxford/United Healthcare | Pre-op Testing | $44.00 | LIJMC |
| 2344-0127 | 9/23/2005 | Oxford/United Healthcare | Pre-op Testing | $50.00 | LIJMC |
| 2344-0127 | 9/23/2005 | Oxford/United Healthcare | Pre-op Testing | $77.00 | LIJMC |
| 2344-0127 | 9/23/2005 | Oxford/United Healthcare | Pre-op Testing | $71.00 | LIJMC |
| 2344-0127 | 9/23/2005 | Oxford/United Healthcare | Pre-op Testing | $63.00 | LIJMC |
| 2344-0127 | 9/23/2005 | Oxford/United Healthcare | Pre-op Testing | $63.00 | LIJMC |
| 2344-0127 | 9/23/2005 | Oxford/United Healthcare | Pre-op Testing | $382.00 | LIJMC |

*Deutsch v. Novartis Pharm. Corp.* , 2:09-cv-4677-ADS-WDW

| Bates Number | Date | Records Custodian | Item | Cost/Damage | Treater |
|---|---|---|---|---|---|
| 2344-0127 | 9/26/2005 | Oxford/United Healthcare | Follow-Up Visit | $225.00 | Bendit |
| 0018-0005 | 10/7/2005 | CVS | Hydromorphone 4mg Tablet | $15.09 | Kechejian |
| 0018-0005 | 10/10/2005 | CVS | Oxycodone HCL ER 20mg Tablet | $317.05 | Kechejian |
| 2344-0126 | 10/12/2005 | Oxford/United Healthcare | Follow-Up Visit | $20.00 | Dubner |
| 2344-0125 | 10/21/2005 | Oxford/United Healthcare | Pre-op Testing | $132.00 | LIJMC |
| 2344-0125 | 10/21/2005 | Oxford/United Healthcare | Pre-op Testing | $170.00 | LIJMC |
| 2344-0125 | 10/21/2005 | Oxford/United Healthcare | Pre-op Testing | $84.00 | LIJMC |
| 2344-0125 | 10/21/2005 | Oxford/United Healthcare | Pre-op Testing | $138.00 | LIJMC |
| 2344-0125 | 10/21/2005 | Oxford/United Healthcare | Pre-op Testing | $44.00 | LIJMC |
| 2344-0125 | 10/21/2005 | Oxford/United Healthcare | Pre-op Testing | $50.00 | LIJMC |
| 2344-0125 | 10/21/2005 | Oxford/United Healthcare | Pre-op Testing | $77.00 | LIJMC |
| 2344-0125 | 10/21/2005 | Oxford/United Healthcare | Pre-op Testing | $71.00 | LIJMC |
| 2344-0125 | 10/21/2005 | Oxford/United Healthcare | Pre-op Testing | $63.00 | LIJMC |
| 2344-0125 | 10/21/2005 | Oxford/United Healthcare | Pre-op Testing | $382.00 | LIJMC |
| 2344-0124 | 10/26/2005 | Oxford/United Healthcare | Jaw Replacement | $6,500.00 | Dubner |
| 2344-0124 | 10/26/2005 | Oxford/United Healthcare | Jaw Replacement | $5,000.00 | Dubner |
| 2344-0124 | 10/26/2005 | Oxford/United Healthcare | Jaw Replacement | $1,050.00 | Dubner |
| 2344-0124 | 10/26/2005 | Oxford/United Healthcare | Jaw Replacement | $1,700.00 | Dubner |
| 2344-0124 | 10/26/2005 | Oxford/United Healthcare | Jaw Replacement | $30,609.25 | LIJMC |
| 2344-0124 | 10/26/2005 | Oxford/United Healthcare | Jaw Replacement | $8,762.94 | LIJMC |
| 2344-0124 | 10/26/2005 | Oxford/United Healthcare | Jaw Replacement | $4,884.00 | North America |
| 2344-0124 | 10/26/2005 | Oxford/United Healthcare | Jaw Replacement | $396.00 | North America |
| 2344-0124 | 10/27/2005 | Oxford/United Healthcare | Jaw Replacement | $3,500.00 | Ruggiero |
| 2344-0124 | 10/27/2005 | Oxford/United Healthcare | Jaw Replacement | $3,500.00 | Ruggiero |
| 0547-0003 | 10/29/2005 | Plainview Family Pharmacy | Ciproflaxin | $10.00 | Dubner |
| 0018-0005 | 11/2/2005 | CVS | Oxycodone HCL ER 20mg Tablet | $478.62 | Kechejian |
| 0018-0005 | 11/2/2005 | CVS | Citalopram HBR 40mg Tablet | $23.02 | Kechejian |
| 0018-0005 | 11/2/2005 | CVS | Hydromorphone 4mg Tablet | $15.09 | Kechejian |
| 2344-0123 | 11/7/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ingwer |
| 2344-0123 | 11/8/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ruggiero |
| 2344-0123 | 11/8/2005 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ruggiero |
| 0547-0003 | 11/30/2005 | Plainview Family Pharmacy | Oxycodone | $63.12 | Kechejian |
| 0018-0005 | 12/27/2005 | CVS | Citalopram HBR 40mg Tablet | $23.02 | Kechejian |
| 2344-0121 | 1/11/2006 | Oxford/United Healthcare | Follow-Up Visit | $15.00 | Ingwer |

*Deutsch v. Novartis Pharm. Corp.* , **2:09-cv-4677-ADS-WDW**

| Bates Number | Date | Records Custodian | Item | Cost/Damage | Treater |
|---|---|---|---|---|---|
| 2344-0121 | 1/11/2006 | Oxford/United Healthcare | Follow-Up Visit | $20.00 | Ingwer |
| 2344-0121 | 1/11/2006 | Oxford/United Healthcare | Follow-Up Visit | $100.00 | Ingwer |
| 2344-0120 | 1/25/2006 | Oxford/United Healthcare | Follow-Up Visit | $75.00 | Dubner |
| 0018-0005 | 2/10/2006 | CVS | Citalopram HBR 40mg Tablet | $23.02 | Kechejian |
| 0018-0005 | 4/3/2006 | CVS | Citalopram HBR 40mg Tablet | $13.48 | Kechejian |
| 2344-0111 | 5/15/2006 | Oxford/United Healthcare | Follow-Up Visit | $125.00 | Ruggiero |
| 2344-0110 | 5/26/2006 | Oxford/United Healthcare | Follow-Up Visit | $75.00 | Dubner |
| 0050-0032 | 9/18/2006 | Ruggiero | Follow-Up Visit | $75.00 | Ruggiero |
| 0050-0032 | 9/18/2006 | Ruggiero | Panoramic X-Ray | $125.00 | Ruggiero |
| 2344-0095 | 11/6/2006 | Oxford/United Healthcare | Follow-Up Visit | $75.00 | Dubner |
| 0050-0032 | 12/8/2006 | Ruggiero | Follow-Up Visit | $75.00 | Ruggiero |
| 0050-0032 | 12/8/2006 | Ruggiero | Panoramic X-Ray | $125.00 | Ruggiero |
| 0050-0032 | 1/17/2007 | Ruggiero | Follow-Up Visit | $75.00 | Ruggiero |
| 0050-0032 | 1/17/2007 | Ruggiero | Periapical Radiograph | $35.00 | Ruggiero |
| 0050-0032 | 5/7/2007 | Ruggiero | Follow-Up Visit | $75.00 | Ruggiero |
| 0050-0032 | 9/5/2007 | Ruggiero | Panoramic X-Ray | $135.00 | Ruggiero |
| 0050-0032 | 11/1/2007 | Ruggiero | Follow-Up Visit | $75.00 | Ruggiero |
| 0050-0032 | 1/10/2008 | Ruggiero | Follow-Up Visit | $75.00 | Ruggiero |
| 0050-0033 | 7/2/2008 | Ruggiero | Follow-Up Visit | $75.00 | Ruggiero |
| 0050-0033 | 11/3/2008 | Ruggiero | Panoramic X-Ray | $135.00 | Ruggiero |
| 0050-0033 | 11/3/2008 | Ruggiero | Follow-Up Visit | $100.00 | Ruggiero |
| | | | **TOTAL :** | **$136,553.61** | |

In addition, there are nineteen (19) infusions of Aredia for which no billing documentation is available.  Plaintiff seeks the following:

| | Date | Records Custodian | Item | Cost/Damage | Treater |
|---|---|---|---|---|---|
| | 3/1998 to 9/1999 | Kappel | Aredia | $13,965.00 | Kapel |
| | | | **GRAND TOTAL:** | **$150,518.61** | |